No. 99–2029. BLUE SPRINGS FORD SALES, INC., ET AL. *v.* GRABINSKI. C. A. 8th Cir. Certiorari denied.

No. 99–2030. GREENBERG ET AL. *v.* STATE BAR OF CALIFORNIA ET AL. Ct. App. Cal., 1st App. Dist. Certiorari denied.

No. 99–2031. NME HOSPITALS, INC., DBA LUTHERAN MEDICAL CENTER, ET AL. *v.* MISSOURI DEPARTMENT OF SOCIAL SERVICES, DIVISION OF MEDICAL SERVICES. Ct. App. Mo., Western Dist. Certiorari denied.

No. 99–2033. CHRYSLER ET AL. *v.* COTTER CORP. C. A. 10th Cir. Certiorari denied.

No. 99–2034. SENECHAL *v.* DOE. Sup. Jud. Ct. Mass. Certiorari denied.

No. 99–2038. NATIONAL ASSOCIATION OF TELECOMMUNICATIONS OFFICERS AND ADVISERS ET AL. *v.* FEDERAL COMMUNICATIONS COMMISSION ET AL. C. A. 7th Cir. Certiorari denied.

No. 99–2039. WEST, INDIVIDUALLY AND AS GUARDIAN OF A MINOR, T. W., ET AL. *v.* DERBY UNIFIED SCHOOL DISTRICT No. 260. C. A. 10th Cir. Certiorari denied.

No. 99–2041. VALLONE *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 99–2042. HENSLEY *v.* UNITED STATES. C. A. Armed Forces. Certiorari denied.

No. 99–2043. DUFRENE ET AL. *v.* BROWNING-FERRIS, INC. C. A. 5th Cir. Certiorari denied.

No. 99–2044. OLSEN *v.* SUPERIOR COURT OF CALIFORNIA, SAN DIEGO COUNTY (HOLLANDER ET AL., REAL PARTIES IN INTEREST). Ct. App. Cal., 3d App. Dist. Certiorari denied.

No. 99–2045. EL SHAHAWY *v.* SARASOTA COUNTY PUBLIC HOSPITAL BOARD. C. A. 11th Cir. Certiorari denied.